456 A.2d 1093

Cooper v. Byrne, Appellants.
Petition for Allowance of Appeal
Denied June 15, 1983.

Argued October 19, 1982. Stephen G. Pollock, for appellants; Abraham J. Golden, for appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment affirmed.

456 A.2d 1093

Elko, et al. v. Univ. Sec. Consultants, et al.

Appeal of Local 542 International Union of Operating Engineers AFL–CIO.
Petition for Allowance of Appeal
Denied May 31, 1983.

Submitted December 15, 1981. Bruce S. Miller, for appellant; William P. Loftus, for Elko, et al., appellees; Donald Brobst, for Universal, appellees.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of learned Luzerne County Common Pleas Court Judge Bernard C. Brominski is affirmed.